UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE DESHAWN BARNES,

    Petitioner,

    v.

PATRICK COVELLO,

    Respondent.

Case No. 22-cv-00882-WHO (PR)

**ORDER OF DISMISSAL**

    Petitioner Antoine Deshawn Barnes has not complied with the Clerk's Notice or my order to pay the filing fee or file an application to proceed *in forma pauperis* (IFP). (Dkt. Nos. 3 and 4.) Accordingly, this federal habeas action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and my order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

    Because this dismissal is without prejudice, Barnes may move to reopen. Any such motion must contain (i) a complete application to proceed IFP; or (ii) payment for the $5.00 filing fee. The motion also must have the words MOTION TO REOPEN written on the first page.

    The Clerk shall enter judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED.**

    **Dated:** July 8, 2022



WILLIAM H. ORRICK
United States District Judge